No. 09-10372. Pierre Dominique Crawford, Petitioner v. Michigan.

561 U.S. 1030, 130 S. Ct. 3511, 177 L. Ed. 2d 1099, 2010 U.S. LEXIS 5381.

June 28, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

No. 09-10373. Peter James Dunkerley, Petitioner v. Alabama.

561 U.S. 1030, 130 S. Ct. 3511, 177 L. Ed. 2d 1099, 2010 U.S. LEXIS 5436.

June 28, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 46 So. 3d 974.

No. 09-10376. Thom Lewis, Petitioner v. Jesse Smith, et al.

561 U.S. 1030, 130 S. Ct. 3511, 177 L. Ed. 2d 1099, 2010 U.S. LEXIS 5377.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 361 Fed. Appx. 421.

No. 09-10393. Glen Dodgion, Petitioner v. James Hartley, Warden.

561 U.S. 1030, 130 S. Ct. 3512, 177 L. Ed. 2d 1099, 2010 U.S. LEXIS 5406.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10398. Henry J. Bunch, Petitioner v. Ray Hobbs, Interim Director, Arkansas Department of Correction.

561 U.S. 1030, 130 S. Ct. 3512, 177 L. Ed. 2d 1099, 2010 U.S. LEXIS 5504,

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-10402. Sean Kelleghan, Petitioner v. Richard Underwood.

561 U.S. 1030, 130 S. Ct. 3512, 177 L. Ed. 2d 1099, 2010 U.S. LEXIS 5348.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 350 Fed. Appx. 68.

No. 09-10405. Harvey E. Larson, Petitioner v. Derral G. Adams, Warden, et al.

561 U.S. 1030, 130 S. Ct. 3512, 177 L. Ed. 2d 1099, 2010 U.S. LEXIS 5384.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10406. Julius Lee Jackson, Petitioner v. Richard Kirkland, Warden, et al.

561 U.S. 1030, 130 S. Ct. 3512, 177 L. Ed. 2d 1099, 2010 U.S. LEXIS 5473.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.